**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Marty L. Taylor-Bey                    Case No: 19-23123-LMI

<u>Debtor                            </u>/         Chapter 13

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2020, a true and correct copy of the Amended Notice of Hearing (DE 55) was transmitted electronically to:

Jennifer Laufgas on behalf of Creditor Bayview Loan Servicing, LLC
ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Wanda D Murray on behalf of Creditor Bayview Loan Servicing, LLC
ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**SENT VIA U.S. MAIL TO:**

Miami Dade County Stormwater Utility
701 NW 1st Court Suite 400
Miami, FL 33136

Miami-Dade County Code Enforcement
111 NW First Street Suite 1750
Miami, FL 33128

        Respectfully submitted,

        LEGAL SERVICES OF GREATER
        MIAMI, INC.
        By <u>   s/                    </u>
        Florida Bar No.  0241970
        4343 West Flagler Street, Ste. 100
        Miami, FL 33134
        Telephone/Facsimile: (305) 438-2427
        Primary:  Clombardi@legalservicesmiami.org;
        Alt.:   Sfreire@legalservicesmiami.org