

**ORDERED in the Southern District of Florida on May 21, 2020.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In re: Marty L. Taylor-Bey                              Case No: 19-23123-LMI

<u>Debtor                        </u>/                  Chapter 13

### AGREED ORDER SUSTAINING DEBTOR'S AMENDED OBJECTION TO CLAIM OF BAYVIEW LOAN SERVICING

Debtor filed an Amended Objection to Claim of Bayview Loan Servicing (DE37) and Bayview Loan Servicing filed its Response (DE40). The Court having been advised that debtor and creditor have reached an agreement it is ORDERED that:

19-23123-LMI
Page 2          /

1. The Objection is sustained with 20 days for the secured creditor Bayview Loan Servicing to file an amended proof of claim with a total pre-petition arrearage of $14,481.13 and a post-petition payment of $551.11. Bayview Loan Servicing also agrees to withdraw its April 7, 2020 Notice of Postpetition Mortgage Fees, Expenses and Charges totaling $1,200.

# # #

Submitted By:
LEGAL SERVICES OF GREATER
MIAMI, INC.
Carolina A. Lombardi
Florida Bar No.  0241970
4343 West Flagler Street, Ste. 100
Miami, FL 33134
Telephone/Facsimile: (305) 438-2427
Primary Email: Clombardi@legalservicesmiami.org;
Alt. Email: Sfreire@legalservicesmiami.org

The party submitting the order shall serve a copy of the signed
order on all required parties and file with the court a certificate
of service conforming with Local Rule 2002-1(F).