**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Case No: 19-23123 LMI
Chapter 13

Marty L. Taylor-Bey

_____Debtor_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) X    No further action is necessary.

2)    The following actions have been taken:

☐ The debtor has filed an objection to the proof of claim filed by _____.

☐ The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

☐ Other: _____

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on October 16, 2020.

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.
By   /s/ _____
Carolina A. Lombardi
Florida Bar No.  241970
Attorney for Debtor
4343 West Flagler Street #100
Miami, FL 33134
Telephone and Facsimile: 305-438-2427
Email:  CLombardi@legalservicesmiami.org
Alt.: SFeire@legalservicesmiami.org

LF-76 (rev. 12/01/09)