

**ORDERED in the Southern District of Florida on December 12, 2023.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In Re:  Marty L. Taylor-Bey                                              Case No: 19-23123-LMI
                                                                                        Chapter 13

Debtor
_____/

**AGREED ORDER ON DEBTOR'S MOTION TO DEEM MORTGAGE CURRENT**

THIS CAUSE came to be heard on Debtor Marty L. Taylor-Bey's Motion to Deem Mortgage Current [ECF No. 103].   Being duly advised in the premises and based on agreement between the parties, the Court **ORDERS** as follows:

1. The Motion is GRANTED.

2. The Debtor is deemed to be current on payments for the mortgage held by creditor Nationstar Mortgage LLC and serviced by RightPath Servicing (Proof of Claim No. 1) through the month of March 2024.

3. All payments made after September 2023 by the Debtor directly to the creditor shall be applied in accordance with applicable law.

###

Submitted by: Matt Bayard Esq.

Attorney Matt Bayard Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.